No. 9477. RAY STANLEY, PLAINTIFF AND RESPONDENT, *v.* WALTER SCHOEN, DEFENDANT AND APPELLANT.

278 Pac. (2d) 1006.

Decided December 13, 1954.

*Colgrove & Brown,* Miles City, for appellant.
*Leavitt & Lucas,* Miles City, for respondent.
Per Curiam.
Upon application of the appellant, the appeal in the above entitled action is hereby dismissed.

MR. CHIEF JUSTICE ADAIR, and ASSOCIATE JUSTICES BOTTOMLY and FREEBOURN, concur.